UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

<u>Matthew Brown</u>
Plaintiff

                                                CIVIL ACTION
                                                NO. 1:22-30068-FDS

       V.

<u>University of Massachusetts Amherst</u>
Defendant

**<u>SETTLEMENT ORDER OF DISMISSAL</u>**

<u>Saylor, C. J.</u>

    The Court having been advised on June 6, 2023, that the above-entitled action has been settled:

    **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

                                                               By the Court,

<u>June 6, 2023</u>                                           /s/Flaviana de Oliveira
Date                                                            Deputy Clerk