UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
MATTHEW BROWN,                                      )
    Plaintiff                                                  )
                                                                        )
v.                                                                     )   Case No. 1:22-cv-30068-FDS
                                                                        )
UNIVERSITY OF MASSACHUSETTS       )
AMHERST,                                                      )
    Defendant.                                              )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that plaintiff Matthew Brown's complaint against defendant University of Massachusetts Amherst is hereby dismissed with prejudice, without costs or fees to any party, and with all rights of appeal waived.

Dated:   June 28, 2023

| MATTHEW BROWN,<br>Pro se,<br><br> /s/Matthew Brown <br>Matthew Brown<br>625 Old Post Road<br>Tolland, CT<br>(774) 281-6241 | UNIVERSITY OF MASSACHUSETTS AMHERST<br>By its attorney,<br><br> /s/Mark A. Johnson <br>Mark A. Johnson, BBO No. 651271<br>Associate Counsel<br>University of Massachusetts<br>Office of the General Counsel<br>333 South Street<br>Shrewsbury, MA 01545<br>(774) 455-7300<br>majohnson@umassp.edu |
|---|---|

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served a true copy of the above document on all parties by the Electronic Court Filing System (ECF) of the United States District Court for the District of Massachusetts.

                                                                  /s/*Mark A. Johnson*
                                                              Mark A. Johnson